# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

CYRUS ROBINSON                                                                   PLAINTIFF

V.                         CASE NO. 2:20-CV-206-JTR

KILOLO KIJAKAZI, Commissioner
Social Security Administration                                                   DEFENDANT

## JUDGMENT

Consistent with today's Order, IT IS CONSIDERED, ORDERED, AND ADJUDGED that judgment be entered for Plaintiff, Cyrus Robinson, reversing the decision of the Commissioner and remanding this case to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 21st day of September, 2021.

_____
UNITED STATES MAGISTRATE JUDGE