UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

CYRUS ROBINSON                                                                              PLAINTIFF

V.                                      No. 2:20-CV-206-JTR

KILOLO KIJAKAZI, Acting Commissioner,
Social Security Administration                                                              DEFENDANT

## ORDER

Before the Court is Plaintiff Cyrus Robinson's Amended Motion for Attorney's Fees Pursuant to the Equal Access to Justice Act ("EAJA"). *Doc. 25*. The Motion is unopposed. *Doc. 26*.

Plaintiff's attorney, Stephanie Bartels Wallace, requests a total award of **$3,110.17** (which sum includes 1 attorney hour incurred in 2020 at an hourly rate of $206; 9.95 attorney hours incurred in 2021 at an hourly rate of $218; 7.15 paralegal hours at a rate of $100; and expenses of $20.07).

The Court concludes that Plaintiff is entitled to an award of attorney's fees under the EAJA and that the requested sum is reasonable.

IT IS THEREFORE ORDERED that Plaintiff's Amended Motion for Attorney's Fees pursuant to the EAJA (*Doc. 25*) is GRANTED. Plaintiff's Motion for Attorney's Fees (*Doc. 22*) is DENIED, as moot.

2

Plaintiff is awarded **$3,110.17** in fees and expenses under the EAJA.[1]

SO ORDERED, this 27th day of December, 2021.

                                                  */s/ J. Thomas Ray*
                                    UNITED STATES MAGISTRATE JUDGE

---

[1] Consistent with the Commissioner's usual procedure in light of *Astrue v. Ratliff*, 560 U.S. 586 (2010), the check awarding EAJA fees should be made payable to Plaintiff but mailed to the Plaintiff in care of Plaintiff's attorney at the attorney's office.